IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATASHA DOCKERY,<br>　　　Plaintiff<br><br>　　v.<br><br>AMERICAN CANCER SOCIETY, INC.<br>a/k/a AMERICAN CANCER SOCIETY,<br>EAST CENTRAL DIVISION, INC.,<br><br>　　　Defendant | :<br>:<br>:<br>:<br>:　No. 2:CV-13-4799-LDD<br>:<br>:<br>:<br>:<br>:　JURY TRIAL DEMANDED |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The Parties, through their respective Counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims in the above-captioned action in their entirety with prejudice, with each Party to bear its own costs and attorneys' fees. The Parties stipulate that all rights of appeal are hereby waived. The Parties further stipulate that no Party is the prevailing party in this action.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　LAW OFFICE OF KARIN M. GUNTER

　　　　　　　　　　　　　　　　　　By ___/s/ Karin M. Gunter_____
　　　　　　　　　　　　　　　　　　Karin M. Gunter, Esq.
　　　　　　　　　　　　　　　　　　7323 N. 21st Street
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19138-2107

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Natasha Dockery*

1

2

        MCNEES WALLACE & NURICK LLC

        By   /s/ Kelley E. Kaufman
             Adam R. Long
             I.D. No. 89185
             Kelley E. Kaufman
             I.D. No. 307246
             100 Pine Street
             P.O. Box 1166
             Harrisburg, PA  17108
             (717) 232-8000

        *Attorneys for Defendant*

Date: March 7, 2014